UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

_____

UNITED STATES OF AMERICA,

       Plaintiff,

       v.                                          Case No. 06-CR-298

JOSEPH EDWARDS,

       Defendant.

_____

## ORDER

On April 26, 2007, United States Magistrate Judge William Callahan, Jr. issued a recommendation that this court deny Joseph Edwards' motion to suppress. Neither party objected to the recommendation within the time period provided by 28 U.S.C. § 636(b)(1), Local Rule 72.3, and Magistrate Callahan's recommendation. Therefore, this court will adopt the recommendation and deny Edwards' motion to suppress. *See United States v. Edwards,* 894 F. Supp. 340, 341 (E.D.Wis. 1995) (holding that in the absence of timely filed objections to the magistrate's recommendation, a *de novo* review of issues is not required).

Accordingly,

**IT IS ORDERED** that Magistrate Callahan's April 26, 2007 Recommendation that Edwards' motion to suppress be denied be and the same is hereby **ADOPTED**; and

**IT IS FURTHER ORDERED** that Edwards' motion to suppress [Doc. #31] be and the same is hereby **DENIED.**

Dated at Milwaukee, Wisconsin this   9th   day of May, 2007.

                              BY THE COURT:

                              s/ J. P. Stadtmueller
                              J. P. Stadtmueller
                              U.S. District Judge